IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| VS.   § | CRIMINAL  NO. H-14-014 |
| § | |
| JAVIER MALDONADO SAUCEDO § | |

**O R D E R**

The defendant filed an unopposed motion for continuance, (Docket Entry No 17.).   The court finds that the interests of justice are served by  granting  this continuance and that those interests outweigh the interests of the public and the defendants in a speedy trial. The  motion for continuance is GRANTED. The docket control order is amended as follows:

| | |
|---|---|
| Motions are to be filed by: | July 7, 2014 |
| Responses are to be filed by: | July 21, 2014 |
| Pretrial conference is reset to**:** | **July 28, 2014 at 8:45 a.m.** |
| Jury trial and selection are reset to: | **August 4, 2014 at 9:00 a.m.** |

SIGNED on February 25, 2014, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge